UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

| Case No. | CV 06-07503 DDP (PJWx) | Date | March 8, 2007 |
|---|---|---|---|

| Title | KEVIN BACHUS -V- NIVAL INTERACTIVE, INC., ENER1 GROUP, INC., TIMOTHY PASTUSHKIN, SERGEY ORLOVSKIY, and MIKE ZOI |
|---|---|

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NO APPEARANCE                              NO APPEARANCE

Proceedings:
    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

　　Plaintiff(s) is ordered to show cause in writing no later than March 26, 2007 why this action should not be dismissed for lack of prosecution.

　　The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.
- Answer by the defendant(s)

　　In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

:   N / A
Initials of Preparer   jc

DOCKETED ON CM
MAR - 9 2007
BY ___ 145