# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

P-SEND

| | | | |
|---|---|---|---|
| Case No.: | CV 06-7503-ODW(PJWx) | Date: | April 18, 2007 |
| Title: | Kevin Bachus v. Nival Interactive, Inc., et al. | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):   **Case Reassigned to Judge Wright**

This action has been reassigned to the Honorable Otis D. Wright II, United States District Judge. The magistrate judge's assignment remains the same.

Please substitute the initials <u>ODW</u> in place of the initials DDP. The case number will now read: **CV 06-7503-ODW(PJWx)**. Henceforth, it is imperative that the initials ODW be used on all documents to prevent delays in the processing of documents.

The Courtroom Deputy Clerk for Judge Wright is Raymond Neal. He can be reached at (213) 894-8266. Judge Wright's courtroom is located on the Spring Street level of the Spring Street Courthouse, Courtroom 11. Additional information about Judge Wright's procedures can be found on the Court's website at www.cacd.uscourts.gov > Judges Procedures & Schedules.



DOCKETED ON CM
APR 2 3 2007
BY _____ 010

---   00

Initials of Preparer   RGN