1  **GRUBER HURST JOHANSEN & HAIL, LLP**
   Michael K. Hurst (Texas SBN 10316310)
2  Jonathan R. Childers (Texas SBN 24050411)
   Fountain Place
3  1445 Ross Ave., Suite 4800
   Dallas, Texas 75202
4  Telephone:   (214) 855-6800
   Facsimile:   (214) 855-6808
5  mhurst@ghjhlaw.com
   jchilders@ghjhlaw.com
6

7  LOCAL COUNSEL:
   **EISENBERG RAIZMAN THURSTON & WONG LLP**
8  David H. Raizman (SBN 129407)
   Elena S. Min (SBN 235065)
9  11601 Wilshire Boulevard, Fifth Floor
   Los Angeles, California 90025
10 Telephone:   (310) 235-1400
   Facsimile:   (310) 235-1490
11 draizman@ertwllp.com
   emin@ertwllp.com
12
   Attorneys for Plaintiffs
13

14                    UNITED STATES DISTRICT COURT

15                    CENTRAL DISTRICT OF CALIFORNIA

16

17

18  KEVIN BACHUS,

           Plaintiff,
19
                                          Case No. CV 06-7503-ODW (PJWx)
        v.
20
                                          **PLAINTIFF'S RESPONSE TO THE**
21  NIVAL INTERACTIVE, INC., ENER1         **ORDER TO SHOW CAUSE;**
    GROUP, INC., TIMOTHY PASTUSHKIN,       **STIPULATED MOTION FOR**
    SERGEY ORLOVSKIY, AND MIKE ZOI,        **EXTENSION OF TIME TO SHOW**
22                                         **CAUSE REGARDING SERVICE OF**
           Defendants.                     **INDIVIDUAL DEFENDANTS;**
23                                         **MEMORANDUM OF POINTS AND**
                                           **AUTHORITIES; [PROPOSED] ORDER**
24

25                                         **Hearing Date:** June 4, 2007
                                           **Time:** 1:30 p.m.
26                                         **Before:** Hon. Otis D. Wright II

27

28

DOCKETED ON CM

MAY - 4 2007

BY _____ 009

1    Plaintiff Kevin Bachus ("Plaintiff"), through his undersigned attorneys, hereby files

2    the following response to the Order to Show Cause Re Dismissal for Lack of Preosecution

3    dated March 8, 2007, the following Stipulated Motion for Extension of Time to Show

4

5    Cause, and in support thereof respectfully states:

6    1.    Plaintiff filed this action on November 22, 2006.

7    2.    On March 8, 2007, the Court, the Honorable Dean D. Pregerson presiding,

8    issued an Order to Show Cause re Dismissal for Lack of Prosecution.  On March 23, 2007,

9

10   the Court issued an order continuing the show cause date to April 30, 2007.

11   3.    On April 18, 2007, this action was transferred to the Honorable Otis D. Wright,

12   II.

13

14   4.    On April 30, 2007, pursuant to Fed. R. Civ. P. 4(d), Plaintiff filed an executed

15   Waiver of Service of Summons for the following Defendants:  (1) Nival Interactive, Inc.

16   and (2) Ener1 Group, Inc.  Plaintiff still has yet to serve, or obtain waivers from,

17   Defendants Timothy Pastushkin, Sergey Orlovskiy, and Mike Zoi (the "individual

18   Defendants").

19

20   5.    The individual Defendants do not live in the United States.  Upon information

21   and belief, the Defendant Pastushkin resides in the Ukraine, Defendant Orlovskiy resides in

22   the Russian Federation, and Defendant Zoi is a resident of the State of Florida, but spends

23   the majority of his time abroad.  Plaintiff has operated under a good-faith belief that

24   Defendants Pastushkin, Orlovskiy, and Zoi would agree to waive service of process

25

26   pursuant to Fed. R. Civ. P. 4(d).  Since learning that said individual Defendants would not

27   waive service, however, Plaintiff is proceeding with service of process.

28

RESPONSE TO OSC; STIPULATED
MOTION; [PROPOSED] ORDER

-2-

6.     The process of locating and serving the individual Defendants has been difficult and time consuming, and serves as good cause for Plaintiff's inability to serve the individual Defendants.  Plaintiff is currently proceeding to serve the individual Defendants through an internationally agreed means reasonably calculated to give notice. *See* Fed. R. Civ. P. 4(f)(1).  The 120 day time limitation for service of the summons and compliant does not apply to service of a Defendant in a foreign country. *See* Fed. R. Civ. P. 4(m).

7.     Accordingly, Plaintiff Kevin Bachus requests for an extension of time to show cause, and respectfully request the Court to reset the show cause date to a date not before October 30, 2007, so that Plaintiff may effect service upon individual Defendants Pastushkin, Orlovskiy, and Zoi through one or more internationally agreed means reasonably calculated to give notice, including, but not limited to, the Hague Convention on the Service Abroad of Judicial & Extrajudicial Documents in Civil or Commercial Matters.

Respectfully submitted,

GRUBER HURST JOHANSEN & HAIL, LLP
Michael K. Hurst
Jonathan R. Childers

EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman
Elena S. Min

By: _____
Jonathan R. Childers

Attorneys for Plaintiff Kevin Bachus

RESPONSE TO OSC; STIPULATED
MOTION; [PROPOSED] ORDER

3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AND

NIVAL INTERACTIVE, INC. / ENER1 GROUP, INC.
Meredith Lobel-Angel

By: _____
Meredith Lobel-Angel

Attorney for Defendant Nival Interactive,
Inc.

By: _____
Curtis Wolfe

Attorney for Defendant Ener1 Group, Inc.,

RESPONSE TO OSC; STIPULATED
MOTION; [PROPOSED] ORDER

4

1

## [PROPOSED] ORDER

2

3    For the reasons stated herein, namely, that a Waiver of Service of Summons has

4    been filed on behalf of Defendant Nival Interactive, Inc. and Enerl Group, Inc., and since

5    Plaintiff Kevin Bachus is proceeding with service through one or more internationally

6    agreed means reasonably calculated to provide notice to Defendants Pastushkin, Orlovskiy,

7

8    and Zoi pursuant to Fed. R. Civ. P. 4(f), (m), the court GRANTS Plaintiff's Stipulated

9    Motion for Extension of Time to Show Cause Regarding Service of Individual Defendants,

10   and CONTINUES the date to respond to the Order to Show Cause re Dismissal for lack of

11   Prosecution to ____*9-4*____ _____ 2007.

12

13       IT IS SO ORDERED.

14   Dated: ____*5-2-07*____

15                                          The Honorable Otis D. Wright, II
                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO OSC; STIPULATED
MOTION; [PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11601 Wilshire Blvd., Fifth Floor, Los Angeles, California 90025.

On April 30, 2007, I served the foregoing document, described as **PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE; STIPULATED MOTION FOR EXTENSION OF TIME TO SHOW CAUSE REGARDING SERVICE OF INDIVIDUAL DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER** on each interested party in this action, as follows:

Curtis A. Wolfe, Esq.                    Meredith Lobel-Angel, Esq.
500 West Cypress Creek Road    3250 Ocean Park Boulevard
Suite 100                                    Suite 300
Fort Lauderdale, Florida  33309    Santa Monica, California  90405-3219

☒     (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Eisenberg Raizman Thurston & Wong LLP in Los Angeles, California. I am readily familiar with Eisenberg Raizman Thurston & Wong LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court as whose direction the service was made.

Executed on April 30, 2007, at Los Angeles, California.

Tamara Halvorson