**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7503 ODW (PJWx) | Date | November 6, 2007 |
|---|---|---|---|
| Title | *Kevin Bachus v. Nival Interactive, Inc., et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order Dismissing Individual Defendants for Lack of Prosecution

    Plaintiff filed this action on November 22, 2006 against Naval Interactive, Inc., Eneri Group, Inc., Timothy Pastushkin, Sergey Orlovskiy, and Mike Zoi.  Plaintiff served Naval Interactive and Eneri Group with the complaint, but not the individual defendants.  On March 23, 2007, the Honorable Dean D. Pregerson issued an Order to Show Cause why the action against the individual defendants should not be dismissed for lack of prosecution.  On March 23, 2007, the Court continued the OSC until April 30, 2007.  On April 16, 2007, the action was transferred to this Court, which further extended Plaintiff's time to serve defendants or show cause until September 4, 2007.

    As of the date of this order, Plaintiff still has not served the individual defendants or otherwise shown cause why those claims should not be dismissed.  Accordingly, as this action has languished on the Court's docket for almost a year awaiting Plaintiff's service on the individual defendants, the Plaintiff's claims against Timothy Pastushkin, Sergey Orlovskiy, and Mike Zoi are DISMISSED.  Plaintiff shall proceed against Naval Interactive, Inc., Eneri Group, Inc. without further delay.

    An Order Setting Scheduling Conference will issue forthwith.

**IT IS SO ORDERED**.

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN | |