GRUBER HURST JOHANSEN & HAIL, LLP
Michael K. Hurst (Texas SBN 10316310)
Jonathan R. Childers (Texas SBN 24050411)
Fountain Place
1445 Ross Ave., Suite 4800
Dallas, Texas 75202
Telephone: (214) 855-6800
Facsimile: (214) 855-6808
mhurst@ghjhlaw.com
jchilders@ghjhlaw.com

LOCAL COUNSEL:
EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman (SBN 129407)
Elena S. Min (SBN 235065)
10880 Wilshire Boulevard, 11th Floor
Los Angeles, California 90024
Telephone: (310) 235-1403
Facsimile: (310) 235-1490
draizman@ertwllp.com
emin@ertwllp.com

Attorneys for Plaintiff

ANGEL LAW
Meredith Lobel-Angel (SBN 109105)
2601 Ocean Park Boulevard, Suite 205
Santa Monica, California 90405-5269
Telephone: (310) 314-6433
Facsimile: (310) 314-6434
meredith.lobel-angel@nival.com

An Attorney for Defendants Nival Interactive, Inc.,
Ener1 Group, Inc., Timothy Pastushkin, Sergey
Orlovsky and Mike Zoi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BACHUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NIVAL INTERACTIVE, INC., ENER1 GROUP, INC., TIMOTHY PASTUSHKIN, SERGEY ORLOVSKIY, AND MIKE ZOI,<br><br>　　　　Defendants. | Case No. CV 06-7503-ODW (PJWx)<br><br>STIPULATED MOTION TO DISMISS AND STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

1     Plaintiff Kevin Bachus ("Bachus") and Defendants Nival Interactive, Inc. ("Nival"), Ener1 Group, Inc. ("Ener1"), Timothy Pastushkin ("Pastushkin"), Sergey Orlovskiy ("Orlovskiy") and Mike Zoi ("Zoi") (collectively, the "Parties") hereby file their *Stipulated Motion to Dismiss and Stipulated Order of Dismissal With Prejudice*, and respectfully show the Court as follows:

    1. On November 6, 2007, the Court issued an Order Dismissing Individual Defendants for Lack of Prosecution.

    2. On November 6, 2007, the Court issued a Scheduling Order and set a Scheduling Conference for December 17, 2007 at 2:30 p.m.

    3. Bachus, Nival, Ener1, Pastushkin, Orlovskiy, and Zoi pray that the Court dismiss all claims that Bachus has against Nival, Ener1, Pastushkin, Orlovskiy, and Zoi with prejudice to the refiling of same. The parties respectfully submit that a stipulated dismissal of all claims alleviates the need for the parties to file a Joint Status Report or to attend the Scheduling Conference.

Respectfully submitted,

**GRUBER HURST JOHANSEN & HAIL, LLP**
Michael K. Hurst
Jonathan R. Childers

**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman
Elena S. Min

By: _____
Jonathan R. Childers

Attorneys for Plaintiff Kevin Bachus

AND

**ANGEL LAW**
Meredith Lobel-Angel

By: _____
Meredith Lobel-Angel
An Attorney for Defendants Nival Interactive, Inc., Enerl Group, Inc., Timothy Pastushkin, Sergey Orlovskiy and Mike Zoi

## STIPULATED ORDER

In their Stipulated Motion to Dismiss, the parties agree and stipulate that all claims asserted by Plaintiff Kevin Bachus against Defendants Nival Interactive, Inc., Enerl Group, Inc., Timothy Pastushkin, Sergey Orlovskiy, and Mike Zoi shall be dismissed with prejudice to the refiling of said claims. Upon consideration of the Stipulated Motion to Dismiss and the record, the Court GRANTS the Stipulated Motion to Dismiss.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims that Plaintiff Kevin Bachus has against Defendants Nival Interactive, Inc., Enerl Group, Inc.,

Timothy Pastushkin, Sergey Orlovskiy, and Mike Zoi are hereby DISMISSED WITH PREJUDICE to the refiling of said claims.

ORDERED this 4th day of ~~November~~ December, 2007.

_____
The Honorable Otis D. Wright II
United States District Judge